(Rev. 5/05)

**ORIGINAL**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Derrick K. Coley   562140
(Name of Plaintiff)   (Inmate Number)

Howard R. Young Correctional  1301 E 12th Street
(Complete Address with zipcode)

07 - 768

(2) _____
(Name of Plaintiff)   (Inmate Number)

(Case Number)
(to be assigned by U.S. District Court)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Attorney General
(2) ~~~~~~~ Warden
CAPT (3) ~~~ Burger
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

CIVIL COMPLAINT

Jury Trial Requested

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I.   PREVIOUS LAWSUITS

A.   If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____
_____
_____
_____
_____

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? •(Yes)••No

C. If your answer to "B" is Yes:

1. What steps did you take? *I had an Interview with Capt Burger about this*

2. What was the result? *It would be fix. But it wasn't fix he saide the situation would corrected But it was not.*

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: *Capt Burger of H.R.Y.C.I.*
Employed as *Capt.* at *H.R.Y.C.I.*
Mailing address with zip code: *H.R.Y.C. P.O. Box 9561 Wil DE 19809*

(2) Name of second defendant: *Rafael*
Employed as *Wardene* at *H.R.Y.C.*
Mailing address with zip code: *P.O Box 9561 Wil DE 19809*

(3) Name of third defendant: _____
Employed as *Attorney General Department of Justice*
Mailing address with zip code: *Department of Justice State Office Building 820 North French Street Wilmington DE 19801*

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

## IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. What happen was that I call my Attorney and the phone keep saying your call is being recorded and moniter so I wrote a Grievance so I got call to see Capt. Burger

2. He said the situation would be corrected But it was not. I wort the Attorney General But he have not wort Back.

3. The warden I wrote him still No one wrote Back.

## V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I am trying to sue for Invastion of my Privacey I would like to be compensate.

2. _____

3. _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _20_ day of _11/20/07_, 2_____.

_Derrick Coley_
(Signature of Plaintiff 1)

_Derrick h. Coley_
(Signature of Plaintiff 2)

_Derrick h. Coley_
(Signature of Plaintiff 3)

4

