IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DERRICK K. COLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-768-GMS |
| | ) |
| ATTORNEY GENERAL OF THE STATE | ) |
| OF DELAWARE, et. al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

WHEREAS, the plaintiff, Derrick K. Coley ("Coley"), filed a civil rights action pursuant to 42 U.S.C. § 1983 without prepayment of the filing fee;

WHEREAS, on December 5, 2007, the court entered an order for Coley to submit, within 30 days from the date of the order, a certified copy of his prison trust fund account statement or the institutional equivalent for the six-month period immediately preceding the filing of the complaint, or the case would be dismissed (D.I. 5);

WHEREAS, to date, the required documents have not been received from Coley;

THEREFORE, at Wilmington this 26th day of Feb_____, 2008, IT IS HEREBY ORDERED that the case is DISMISSED WITHOUT PREJUDICE for failure to comply with the December 5, 2007 order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED

FEB 26 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE